IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLANXEO CANADA, INC.,** | : | |
| Plaintiff | : | No. 1:21-cv-01843 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **KAYDON RING & SEAL, INC.,** | : | |
| Defendant | : | |

## ORDER

**AND SO**, on this 31st day of March 2025, upon consideration of Defendant's Motions to Preclude the Expert Reports, Testimony, and Opinions of Geoff R. Hall (Doc. No. 42), Itzhak Green (Doc. No. 43), Bradley D. Wolf (Doc. No. 44), and Plaintiff's Motion to Exclude the Testimony and Report of Doctor Richard W. Klopp (Doc. No. 40) and the briefing and exhibits submitted in connection with the motions, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's Motions to Preclude the Expert Reports, Testimony, and Opinions of Geoff R. Hall (Doc. No. 42) and Itzhak Green (Doc. No. 43) are **DENIED**;

2. Defendant's Motion to Preclude the Expert Reports, Testimony, and Opinions of Bradley D. Wolf (Doc. No. 44) is **DENIED WITHOUT PREJUDICE** to refile the motion after the Court's ruling on any dispositive motion;

3. Plaintiff's Motion to Exclude the Testimony and Report of Doctor Richard W. Klopp (Doc. No. 40) is **DENIED**; and

4. Any dispositive motions shall be filed, in strict compliance with Local Rule 56.1, on or before **April 30, 2025**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania