**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARLANXEO CANADA INC.,** | : | |
| **Plaintiff** | : | **No. 1:21-cv-01843** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **KAYDON RING & SEAL, INC.,** | : | |
| **Defendant** | : | |

**<u>ORDER</u>**

**AND NOW**, on this 30th day of September 2026, upon consideration of Defendant's motion for summary judgment (Doc. No. 63), and all relevant briefing and evidence of record, and in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. No. 63) is **DENIED**; and

2. A status conference shall be held on November 4, 2026 at 11:30 am to discuss next steps and a potential trial date, as well as to explore mediation. The telephone number of the Court for purposes of this call is 717-221-3990. Plaintiff's counsel shall initiate the telephone call.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania